Mary Jo O'Neill, AZ Bar No. 005924
Sally C. Shanley, AZ Bar No. 012251
Katherine J. Kruse, AZ Bar No. 019167
**Equal Employment Opportunity Commission**
3300 N. Central Ave., Suite 690
Phoenix, AZ  85012
Telephone:  602-640-5029
Email:  katherine.kruse@eeoc.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, ) ) ) Plaintiff, ) ) vs. ) ) The Cheesecake Factory, Inc., a Delaware ) corporation, ) ) Defendant. ) ) | Complaint  (Jury Demand) |

## **NATURE OF THE ACTION**

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct alleged unlawful employment practices on the basis of sex and to provide appropriate relief to Bryce Fitzpatrick, Michael Wilson, Albert Miller, and a class of males who were adversely affected by such practices.  As alleged with greater particularity below, Defendant, The Cheesecake Factory, Incorporated, discriminated against Bryce Fitzpatrick, Michael Wilson, Albert Miller, and a class of male employees, by allowing co-workers to sexually harass them, without taking appropriate steps to address the behavior.  The harassment created a hostile work environment for Bryce Fitzpatrick, Michael Wilson, Albert Miller, and a class of male employees because of their sex.  The Commission also alleges that Defendants constructively discharged Bryce Fitzpatrick.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000e-5 (f)(1) and(3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Arizona.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, The Cheesecake Factory, Incorporated, has continuously been a corporation doing business in the State of Arizona and the City of Chandler, and has continuously had at least 15 employees.

5. At all relevant times, Defendant, The Cheesecake Factory, Incorporated, has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Bryce Fitzpatrick, Michael Wilson, and Albert Miller, filed charges with the Commission alleging violations of Title VII by Defendant.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least November 2004, Defendant has engaged in unlawful employment practices at its Chandler, Arizona facility in violation of Section 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) because of sex by allowing co-workers to subject

Bryce Fitzpatrick, Michael Wilson, and Albert Miller, and a class of male employees, to sexual harassment that altered the terms and conditions of their employment and created a hostile work environment. The sexual harassment that Defendant allowed to occur included:

    (a) repeated sexual assaults by groups of male employees, who, on each occasion, would grab one of the individuals named above or one of the class members, and take turns grinding their genitals into the victim's genitals in a sexual manner, simulating sex, while making verbal remarks of a sexual nature;

    (b) co-workers bumping into victims from behind in a sexual manner on multiple occasions; and

    (c) co-workers grabbing the genitals of one or more of the victims on multiple occasions.

8. Defendant knew or should have known that Bryce Fitzpatrick, Michael Wilson, Albert Miller, and a class of male employees were being subjected to unlawful sexual harassment by co-workers.

9. Defendant failed to act reasonably to prevent or correct the sexual harassment by the co-workers.

10. In approximately October 2006, Defendant engaged in unlawful employment practices at its Chandler, Arizona facility, in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a) by constructively discharging Bryce Fitzpatrick by allowing the sexual harassment set forth in paragraph 7 above to continue.

11. The effect of the practices complained of in paragraphs 7-10 above has been to deprive Bryce Fitzpatrick, Michael Wilson, Albert Miller, and a class of male employees of Defendant of equal employment opportunities and to otherwise adversely affect their status as employees because of their sex, male.

12. The unlawful employment practices complained of in paragraphs 7-10 above were intentional.

13.     The unlawful employment practices complained of in paragraphs 7-10 above were done with malice and/or with reckless indifference to the federally protected rights of Bryce Fitzpatrick, Michael Wilson, Albert Miller, and other male employees of Defendant.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.     Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with them, from engaging in harassment of employees because of sex and any other employment practice which discriminates on the basis of sex.

B.     Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for men and which eradicate the effects of its past and present unlawful employment practices.

C.     Order Defendant to make whole Bryce Fitzpatrick by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement or front pay in lieu of reinstatement.

D.     Order Defendant to make whole Bryce Fitzpatrick, Michael Wilson, Albert Miller, and the class of males by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7-10 above, including job search expenses, medical expenses, and other pecuniary losses, in amounts to be determined at trial.

E.     Order Defendant to make whole Bryce Fitzpatrick, Michael Wilson, Albert Miller, and the class of males by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 7-10 above, including but not limited to, emotional pain, suffering, inconvenience, mental anguish, humiliation, loss of enjoyment of life, and other nonpecuniary losses, in amounts to be determined at trial.

F. Order Defendant to pay punitive damages to Bryce Fitzpatrick, Michael Wilson, Albert Miller, and the class of male employees, for its malicious and/or reckless conduct described in paragraphs 7-10 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs in this action.

## JURY TRIAL DEMANDED

The Commission requests a jury trial on all questions of fact raised by its complaint.

RESPECTFULLY SUBMITTED this 30th day of June, 2008.

RONALD COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1801 L Street, NW
Washington, D.C. 20507

s/ Mary Jo O'Neill
MARY JO O'NEILL
Regional Attorney

s/ Sally C. Shanley
SALLY C. SHANLEY
Supervisory Trial Attorney

s/ Katherine J. Kruse
KATHERINE J. KRUSE
Trial Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, Phoenix District Office
3300 N. Central Ave., Suite 690
Phoenix, Arizona 85012

Attorneys for Plaintiff